# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK J. COUSIN

NO. 2025 KW 1324

**MARCH 23, 2026**

---

In Re:    Derrick Cousin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          609899.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court denied relator's Application for Postconviction Relief on October 11, 2024 and a copy of the ruling was mailed to relator on February 24, 2026. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before June 22, 2026. Any future filing should include a copy of this ruling and any pertinent documents from the district court record that may support the allegations raised in the application for postconviction relief.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT